**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| BLUEWATER WELLNESS GROUP, LLC, | § | Case No. 23-30572-KKS-7 |
| | § | |
| Debtor. | § | |
| | § | |

**WITNESS AND EXHIBIT LIST OF APRIL LEE, D.C.**
**REGARDING OMBUDSMAN HEARING**

April Lee, D.C. ("Creditor"), hereby files this Witness and Exhibit List in connection

with the hearing scheduled for September 19, 2023 at 9:30 a.m. ("Hearing"), and any

continuances thereof.  The Creditor hereby designates the following witnesses and exhibits:

## WITNESSES

Creditor may call any one or more of the following witnesses:

1.    Leticia Smith, debtor representative;

2.    April Lee, D.C., creditor;

3.    Any witnesses called or designated by any other party in this action; and

4.    Any rebuttal witnesses, as appropriate.

## EXHIBITS

Creditor reserves all rights to introduce and/or request judicial notice of any or all of the

following Exhibits as evidence at the Hearing, each as may be amended, and expressly including

any filed responses thereto, and any exhibits, schedules, addenda, and any and all other

attachments or amendments thereto:

| EXHIBITS | | | | |
|---|---|---|---|---|
| **Exhibit #** | **Description** | **Dkt No.** | **Off.** | **Adm.** |
| **A** | Chiropractic Records Custodian Agreement | | | |

Creditor reserves the right to offer into evidence any exhibit designated on the witness and exhibit list of any other party. Creditor reserves the right to offer into evidence any motion or other document filed or order entered as well as any exhibit to any motion or other document filed or entered in this contested matter.  Creditor reserves the right to supplement this Witness and Exhibit List.  Creditor will provide supplemental copies of any of the attached upon request.

Dated:  September 18, 2023                    CULHANE MEADOWS PLLC


By: */s/ Richard G Grant*
Jeffrey Paul Lutz
Georgia Bar No. 670646
Richard G. Grant
State Bar No. 08302650
Admitted Pro Hac Vice
13101 Preston Rd., 110-1593
Dallas TX 75240
T: 214-210-2929
jlutz@cm.law
rgrant@cm.law

*Counsel to April Lee, D.C.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading was served via the Court's electronic case filing system to all participating therein on September 18, 2023, including, without limitation, the following:

Sherry Chancellor
sherrychancellor@yahoo.com
FL50@ecfcbis.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Shiraz A. Hosein
ESQ.sahosein@asglegal.com

By: */s/ Richard G. Grant*
Richard G. Grant